IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 3:20-CV-00372-MAB |
| | ) |
| SUNRISE RESTAURANTS, LLC, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on October 7, 2020, which reflects the parties' settlement (Doc. 21), and the Stipulation of Dismissal filed on December 4, 2020 (Doc. 22), this cause of action is voluntarily DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: December 7, 2020

**MARGARET M. ROBERTIE,**
**Clerk of Court**

BY:  /s/ *Jennifer Jones*
   **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
   **MARK A. BEATTY**
   **United States Magistrate Judge**